# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

RYAN STUART MADDEN

INDICTMENT

3:18cr107/MCR

---

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about May 23, 2018, in the Northern District of Florida, the defendant,

**RYAN STUART MADDEN,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, that is:

1. a. On or about December 10, 2010, **RYAN STUART MADDEN** was convicted in the State of Florida of Possession of a Controlled Substance;

   b. On or about September 3, 2013, **RYAN STUART MADDEN** was convicted in the State of Florida of Possession of Controlled Substance;

Returned in open court pursuant to Rule 6(f)

October 16, 2013
Date

_____
United States Magistrate Judge

c.  On or about January 16, 2015, **RYAN STUART MADDEN** was convicted in the State of Florida of Listed Chemical with Manufacture Controlled Substance;

d.  On or about January 16, 2015, **RYAN STUART MADDEN** was convicted in the State of Florida of Drugs-Possession Controlled Substance without Prescription, Driving While License Suspended Third or Subsequent Offense, and Use/Possession Personal Identification of Deceased;

e.  On or about July 1, 2016, **RYAN STUART MADDEN** was convicted in the State of Florida of Conspiracy to Sell, Manufacture, Deliver or Possess With Intent to Sell, Manufacture, Deliver a Controlled Substance;

f.  On or about July 1, 2016, **RYAN STUART MADDEN** was convicted in the State of Florida of Listed Chemical for Manufacture Controlled Substance;

g.  On or about July 1, 2016, **RYAN STUART MADDEN** was convicted in the State of Florida of Larceny Grand Theft 300 Less Than 5 Thousand Dollars (2 Counts); and

h.  On or about July 1, 2016, **RYAN STUART MADDEN** was convicted in the State of Florida of Possession of Weapon or

Ammunition by Convicted Florida Felon, and Drugs-Possession Controlled Substance without Prescription.

2. For each of these crimes, **RYAN STUART MADDEN** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **RYAN STUART MADDEN** did knowingly possess a firearm, to wit, a Mossberg .308 WIN caliber rifle, two Remington Arms 12 gauge shotguns, a Marlin 30/30 WIN caliber rifle, a Mossberg 12 gauge shotgun, and a Savage Arms 12 gauge shotgun.

4. These firearms had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**RYAN STUART MADDEN,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearms involved in this violation is

vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

_Redacted per privacy policy_
FOREPERSON

10-16-18
DATE

_/s/ Onell A. Omeca for_
CHRISTOPHER P. CANOVA
United States Attorney

_/s/ James M. Ustynoski_
JAMES M. USTYNOSKI
Assistant United States Attorney

4