## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                CASE NO.   3:18cr107MCR

RYAN STUART MADDEN

## AMENDED NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been set for the place, date and time set forth below:

| | | | |
|---|---|---|---|
| **Place:** | Arnow Federal Building<br>100 North Palafox St.<br>Pensacola, Florida 32502 | | |
| **Room No:** | Courtroom II (2nd Floor) | | |
| **Date:** | May 22, 2020 | **Previous Date:** | January 24, 2020 |
| **Time:** | 9:00 AM | **Previous Time:** | 3:00 PM |
| **Time Allotted:** | 1 hour* | | |
| **Proceeding:** | Sentencing Hearing before the Honorable M. Casey Rodgers | | |

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

                                                                           JESSICA J. LYUBLANOVITS
                                                                           CLERK OF COURT

| | |
|---|---|
| January 10, 2020 | s/ Susan Simms |
| DATE: | Deputy Clerk: |

Copies to:
Honorable M. Casey Rodgers
Alicia Forbes, AUSA
Lauren Cobb, AFPD
U.S. Marshal
U.S. Probation
Court Security Officer

Note:    *Should additional time be needed, please notify the court.