**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
     Plaintiff,

v.

RYAN STUART MADDEN
     Defendant.

Case Number: 3:18-cr-107-MCR

## ORDER OF RELEASE

The Defendant appeared before this Court for a detention hearing on Wednesday, June 10, 2026, pending a hearing to revoke Defendant's supervised release.  The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1(a)(6), which incorporates 18 U.S.C. § 3143(a)(1).  Section 3143(a)(1) provides that the Defendant shall be detained unless the Court finds "by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any person or the community if released under 3142(b) or (c)." Additionally, Rule 32.1(a)(6) makes clear that "the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the [Defendant]."

After considering the evidence proffered by the Defendant (Exhs. A-E), and the evidence proffered by the Government (Exhs. 1-2), the Court finds Defendant is subject to supervised release pursuant to a Judgment in a Criminal Case and Defendant has established by clear and convincing evidence that he is not a danger to the community or a risk of flight for the reasons stated on the record.

Accordingly, IT IS ORDERED that Defendant shall be RELEASED ON EXISTING CONDITIONS pending a final adjudication on the petition to revoke supervised release.

Entered on June 10, 2026

s/*Hope Thai Cannon*

HOPE THAI CANNON
UNITED STATES MAGISTRATE JUDGE

3:18-cr-107-MCR